■ LORAINE JENSEN et al., Respondents, v CITY OF TONA-WANDA, Appellant. [616 NYS2d 314] —Order unanimously af-firmed with costs. Memorandum: Supreme Court properly denied the motion of the City of Tonawanda (City) for sum-mary judgment on those portions of the amended complaint that alleged liability on the ground of failure to maintain or repair the sidewalk. A written "Record of Complaint" pre-pared by a municipal employee and filed in the proper office may constitute prior written notice of a defect *(see, Brooks v City of Binghamton,* 55 AD2d 482). A factual issue exists, however, whether the condition observed by the City's Super-intendent of Public Works, who reported the condition to the employee who wrote the "Record of Complaint", is the same condition that allegedly caused plaintiff Loraine Jensen's acci-dent and injury. (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Summary Judgment.) Present—Balio, J. P., Lawton, Callahan, Doerr and Boehm, JJ.